Karen L. Uno (State Bar No. 117410)
*Karen.Uno@mbtlaw.com*
Trelawney James Kitchen (State Bar No. 160853)
*TJ.Riechert@mbtlaw.com*
**MECKLER BULGER TILSON MARICK & PEARSON LLP**
575 Market Street, Suite 2200
San Francisco, California 94105
Tel:  415-644-0914  /  Fax:  415-644-0978

Attorneys for Plaintiff
Allied Property & Casualty Insurance Company
and AMCO Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIED PROPERTY & CASUALTY INSURANCE COMPANY and AMCO INSURANCE COMPANY<br><br>Allied Group,<br><br>v.<br><br>DORI FERNS and TAYLOR JONES,<br><br>Defendants. | Case No.:  2:11-cv-01982-JAM-GGH<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL DATE AND PRETRIAL DATES** |

Plaintiffs Allied Property & Casualty Company ("Allied") and AMCO Insurance Company ("AMCO") and Defendant Taylor Jones, by and through their respective undersigned counsel, and Defendant Dori Ferns hereby stipulate as follows:

WHEREAS Defendant Ferns is an insured of Plaintiffs AMCO and Allied under successive homeowners' policies.

WHEREAS Taylor Jones has filed an action entitled, *Taylor Jones v. Pacific Gas and Electric Company, et. al.*, Case No. CGC-10-504694 (the "Jones Action"), which gave rise to the instant coverage action.

1   WHEREAS the *Jones* Action was recently amended to expand the time frames and
2 allegations in that case, which allegations significantly increase the coverage issues to be
3 litigated in the instant action.

4   WHEREAS Defendant Ferns is a defendant in the instant action and in the *Jones* Action.

5   WHEREAS the trial date in the *Jones* Action was continued from September 24, 2012 to
6 February 11, 2013.

7   WHEREAS because the current Scheduling Order in the instant action requires discovery
8 to be taken and expert disclosures and dispositive motions to be filed prior to the trial date in the
9 *Jones* Action, the potential exists that discovery taken in this action or facts established by way
10 of dispositive motions pertaining to common issues in both cases could potentially prejudice Ms.
11 Ferns' defense in the *Jones* Action.

12   The parties are in agreement that the Scheduling Order in the instant action needs to be
13 revised.  This is the first stipulation by the parties to revise the Scheduling Order.

14   For these reasons, the parties agree to the following revised scheduling order:

| Previous Dates | Proposed New Dates |
|---|---|
| Expert Disclosures  10/5/2012 | Expert Disclosure  3/1/2013 |
| Rebuttal Experts    10/12/12 | Rebuttal Experts    3/15/2013 |
| Discovery Cut Off    12/7/12 | Discovery Cut Off    5/11/2013 |
| Disposition Motions  1/23/13 | Dispositive Motions  7/11/2013 |
| Final Pre-Trial  4/5/2013 | Final Pre-Trial 9/25/2013 at 4:00 p.m. |
| Trial Date 5/13/13 | Trial Date  11/18/2013 at 9:00 a.m. |

Dated: September ___, 2012

MECKLER  BULGER  TILSON  MARICK
& PEARSON LLP

By:_____
Karen L. Uno
Trelawney James Kitchen
Attorneys for Plaintiffs
ALLIED INSURANCE COMPANY
AMCO Insurance Company

1
2  Dated: September ___, 2012                    Guth Law Offices
3
4                                                By:_____
                                                 Gregory Guth
5                                                Guth Law Offices
                                                 Attorney for Defendant
6                                                TAYLOR JONES
7
   Dated: September ___, 2012                    Dori Ferns
8
9
10                                               By:_____
                                                 Dori Ferns
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1 **ORDER**

2 PURSUANT TO THE PARTIES' STIPULATION, IT IS ORDERED AS FOLLOWS:

3 1. The Scheduling Order is amended as stipulated by the parties.

5 Dated: September 10, 2012         /s/ John A. Mendez
                                    Honorable John A. Mendez
6                                   Judge of the Eastern District Court